# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LONG BEACH POLICE OFFICER MR CABRERA BADGE NUMBER 11202 SOUTH DIVISION, et alia AUD LIEUTENANT LANCE INTERNAL AFFAIRS

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Dean H. Avires

RECEIVED COURT AFFAIRS
2020 JAN 29 AM 10:54

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 21 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By: Cristina Grijalva, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: CENTRAL DISTRICT STANLEY MOSK
*(El nombre y dirección de la corte es):* 111 NORTH HILL STREET, LOS ANGELES, CALIFORNIA, 90012

CASE NUMBER: *(Número del Caso):*
21STCV01878

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Dean H. Avires, PROPER DU BOX 32322, LONG BEACH CALIFORNIA, 90032-2322 AimBlerRothschild@gmail.com

DATE: JAN 21 2021    Clerk, by CRISTINA GRIJALVA, Deputy
*(Fecha)*    SHERRI R. CARTER    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]  [Save this form]    [Clear this form]

Dean H. Aviles, CA DL D5990838
Himbler Investments LLC
PO Box 32322
Long Beach, California, 90832-2322
Himblerrothschild@gmail.com
Plaintiffs in Proper

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 19 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By: Cristina Grijalva, Deputy

# SUPERIOR COURT OF LOS ANGELES CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean H. Aviles, et al<br>Plaintiffs<br>—against—<br>Long Beach Police Officer Mr. Cabrera, Badge Number 11202, South Division and Liutenant Lance Internal Affairs<br>Defendants | Case No. 21STCV01878<br>Complaint<br>18 U.S.C. §§ 1962(d) Racketeer Influenced and Corrupt Organizations Conspiracy; 18 U.S.C. §§ 1959(a)(1)(3)(5),(6) Violent Crimes in Aid of Racketeering Activity; 18 U.S.C. §§ 2119(2) "Car Jacking" |

## RICO COMPLAINT

This Complaint arises under 18 U.S.C. §§ 1962(d) Racketeer Influenced and Corrupt Organizations Conspiracy; 18 U.S.C. §§ 1959(a)(1),(3)(5),(6) Violent Crimes in Aid of Racketeering Activity; 18 U.S.C. §§ 2119(2) "Car Jacking". Possession, Use, Carrying "Brandishing" Firearm during and in relation to crime of Racketeering in furtherance of "RICO", "VICAR", Conspiracy and Fraud, and violation of rights secured and protected under the Constitution and Laws of the United States.

## ACCUSATION

Long Beach Police Officer Mr. Cabrera Badge Number 11202, Southern Division and Liutenant Lance Internal

(1)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)

AFFAIRS ARE BEING ACCUSED OF VIOLATIONS OF TITLE 18 UNITED STATES CODE SUBSECTIONS 1962(d) Racketeer Influenced and Corrupt Organizations Conspiracy, PLAINTIFF DEAN H. AVILES RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT, PROPERLY ASSIGN THIS COMPLAINT TO THE COURTS ORGANIZED CRIME AND RACKETEERING SECTION (OCRS). ON OR ABOUT WEDNESDAY DECEMBER 30TH OF AD CALENDAR YEAR 2020, AT ABOUT 11:45 AM DEFENDANT LONG BEACH POLICE OFFICER MR. CABRERA, "APPEARED" IN PERSONAM AT 1216 ATLANTIC AVENUE, LONG BEACH, CENTRAL DISTRICT OF CALIFORNIA JUDICIAL DISTRICT TO WIT VIOLATING 18 U.S.C. SS 1962(d), 18 U.S.C. SS 1959(a)(2),(3)(5),(6) VIOLENT CRIMES IN AID OF RACKETEERING ACTIVITY; AND IN FURTHERANCE OF THE VIOLATION OF 18 U.S.C. SS 2119(2) "CARJACKING" TO WIT BRANDISHING HIS FIREARM AND BATON DEMANDING TO "SEE DEAN", ASKING "ARE YOU DEAN?", AND STATING "DEAN COME OUTSIDE RIGHT NOW!" INTIMIDATING PLAINTIFF AND WIT THE INTENT TO FALSELY ARREST PLAINTIFF IN FURTHERANCE OF THE ONGOING RACKETEERING, CONSPIRACY, VIOLENT CRIMES IN AID OF RACKETEERING ACTIVITY; AND 18 U.S.C. SS 2119(2) "CARJACKING", AND WITH LUITENANT LANCE INTERNAL AFFAIRS CO-CONSPIRATOR RETALIATING ON PLAINTIFF FOR FILING A CITIZEN COMPLAINT FOR A VIOLENT CRIME ON OR ABOUT 3/14/2018 WITH DETECTIVE JASON UR, AND DETECTIVE HEATHER L COHEN. (ATTACHMENT B) VIOLATING PLAINTIFFS RIGHTS SECURED AND PROTECTED UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

(2)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)

COUNT ONE
[18 U.S.C. §§ 1962(d)]

1. THE ACCUSATION ARE REALLEGED AND INCORPORATED BY REFERENCE AS IF FULLY SET FORTH HEREIN.

A. <u>THE RACKETEERING ENTERPRISE</u>

THE LONG BEACH POLICE DEPARTMENT, INCLUDING ITS LEADERS, MEMBERS AND ASSOCIATES, CONSTITUTED AN "ENTERPRISE," AS DEFINED BY TITLE 18, UNITED STATES CODE SECTION 1961(4), THAT IS AN UNINCORPORATED NON PROFIT ORGANIZATION IS A GROUP OF INDIVIDUALS ASSOCIATED IN FACT, ALTHOUGH NOT A LEGAL ENTITY, WHICH ENGAGED IN, CONTINUE TO ENGAGE IN, AND THE ACTIVITIES OF WHICH AFFECTED INTERSTATE AND FOREIGN COMMERCE.

B. <u>PURPOSE OF THE ENTERPRISE</u>

2. THE PURPOSE OF THE LONG BEACH POLICE DEPARTMENT INCLUDE, BUT ARE NOT LIMITED TO, THE FOLLOWING:

A. ENRICHING MEMBERS AND ASSOCIATES OF THE LONG BEACH POLICE DEPARTMENT THROUGH, AMONG OTHER THINGS 18 U.S.C. §§ 2119(2) "CAR JACKING", CITY LIEN SALES FOR EXTORTIONATE, ABUSIVE, PARKING CITATIONS, STREET SWEEPING FINES, COLLECTION OF SMALL CLAIM COURT JUDGMENTS, ARREST AND BAIL FOR RELEASE, CHILD SUPPORT DEBTS, TRAFFIC FINES, AND EXTORTION OF OTHERS ENGAGED IN THE RETAIL CAR DEALERSHIP AUTOMOTIVE SALES AROUND THE CITY OF LONG BEACH AND SIGNAL HILL

(3)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)

C. THE MEANS AND METHODS OF THE ENTERPRISE

3. THE MEANS AND METHODS BY WHICH THE DEFENDANTS AND THEIR ASSOCIATES CONDUCT AND PARTICIPATE IN THE CONDUCT OF THE INTERNAL AFFAIRS OF THE LONG BEACH POLICE DEPARTMENT INCLUDE THE FOLLOWING:

A. ENGAGING IN EXTORTION AS A MEANS TO GENERATE INCOME.

B. WORKING TOGETHER TO COMMIT ROBBERY.

C. WORKING TOGETHER TO COMMIT IDENTITY THEFT AND FRAUD.

D. PROMOTING CLIMATE OF FEAR THROUGH "USE OF FORCE".

E. COMMITTING, AND THREATING ACTS "BRANDISHING" FIREARMS TO PROTECT AND EXPAND THE ENTERPRISES CRIMINAL OPERATIONS.

F. PROCEEDS FROM THE CITY OF LONG BEACH LIEN SALES REGARDING THE "CARJACKINGS" AND "ROBBERIES". PROCEEDS FROM EXTORTION OF PARKING CITATIONS, STREET SWEEPING, AND EXTORTION FROM TAXING OF CAR DEALERS. DIRECTING IDENTITY THEFT AND FRAUD, AND USING POLICE OFFICERS PROVIDING VERIFICATION THAT SUCH CRIMES HAVE OCCURED.

D. OBJECT OF THE CONSPIRACY

4. BEGINNING ON A DATE UNKNOWN AND CONTINUING TO THE DATE OF THIS COMPLAINT WITHIN THE CENTRAL DISTRICT OF CALIFORNIA AND ELSEWHERE DEFENDANTS

(4)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)

LONG BEACH POLICE OFFICER MR. CABRERA BADGE NUMBER 11202, SOUTHERN DIVISION AND LIEUTENANT LANCE INTERNAL AFFAIRS AND OTHERS KNOWN AND UNKNOWN TO THE PLAINTIFF, BEING PERSONS EMPLOYED BY THE LONG BEACH POLICE DEPARTMENT AN ENTERPRISE WHICH WAS ENGAGED IN, AND THE ACTIVITIES OF WHICH AFFECTED, INTERSTATE AND FOREIGN COMMERCE, KNOWINGLY AND INTENTIONALLY CONSPIRED TO VIOLATE TITLE 18, UNITED STATES CODE SECTION 1962(c) THAT IS, TO CONDUCT AND PARTICIPATE, DIRECTLY AND INDIRECTLY, IN THE CONDUCT OF THE AFFAIRS OF THAT ENTERPRISE THROUGH A PATTERN OF RACKETEERING ACTIVITY, AS THAT TERM IS DEFINED IN TITLE 18, UNITED STATES CODE, SECTIONS 1961(1) AND 1961(5), CONSISTING OF MULTIPLE ACTS INVOLVING:

A.) ROBBERY, IN VIOLATION OF CALIFORNIA PENAL CODE SECTIONS 21A, 31, 182, 211, 212, 212.5, 213, 215 AND 664;

B.) EXTORTION, IN VIOLATION OF CALIFORNIA PENAL CODE SECTIONS 21A, 31, 182, 518, 519, 524 AND 664.

AND MULTIPLE ACTS INDICTABLE UNDER THE FOLLOWING PROVISIONS FEDERAL LAW:

C.) TITLE 18, UNITED STATES CODE, SECTIONS 1956 and 1957 MONEY LAUNDERING;

D.) TITLE 18, UNITED STATES CODE, SECTION 1512 TAMPERING WITH A WITNESS, VICTIM OR INFORMANT;

E.) TITLE 18, UNITED STATES CODE SECTION 1028, IDENTITY FRAUD; AND

F.) TITLE 18, UNITED STATES CODE SECTION 1029,

(5)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)

ACCESS DEVICE FRAUD.

5. IT WAS FURTHERANCE OF THE CONSPIRACY THAT EACH DEFENDANT AGREED THAT A CONSPIRATOR WOULD COMMIT AT LEAST TWO ACTS OF RACKETEERING IN THE CONDUCT OF THE INTERNAL AFFAIRS OF THE ENTERPRISE.

## OTHER COUNTS

[18 U.S.C. §§ 2119(2)2]

6. CARJACKING OF EXHIBIT "A" CALIFORNIA LICENSE NUMBER 6JJT824, 2 PLATES, EXPIRING JUNE 21, 2021 FOR THE "ROBBED"/"TOWED", NAMELY 2009 WHITE LEXUS LS 460 SEDAN PURCHASED ON OR ABOUT 4/1/2020 FROM CA, ENTITY NUMBER 201564100082, ENTITY NAME: GL LBH, LLC DBA LONG BEACH HONDA A DELAWARE FOREIGN ACTIVE NATIONAL REGISTERED AGENTS, INC (C1941-323) 1500 E. SPRING STREET, SIGNAL HILL CALIFORNIA, 90755 MAILING ADDRESS 111 EAST BROADWAY STE 900, SALT LAKE CITY, UT 84111, "KEN GARF AUTOMOTIVE, LLC" WITH JOHN K. GARFF, DEALER PRINCIPAL PRESIDENT

7. PLAINTIFF DEAN A. AWLES, CALIFORNIA DRIVERS LICENSE NUMBER D5990838. SWEARS. AND AFFIRMS UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE LAWS OF THE STATE OF CALIFORNIA THAT THIS COMPLAINT FOR

(6)

RACKETEERING, RICO, CONSPIRACY, FRAUD, ROBBERY AND CARJACKING IS CORRECT AND TRUTHFUL THE UNDERSIGNED BELIEVES.

EXECUTED THIS TRUE BILL CREATED ON THIS 18TH DAY OF JANUARY AD CALENDAR 2021, IN THE CENTRAL DISTRICT OF CALIFORNIA COUNTY OF LOS ANGELES.

DATED: 01/18/2021

DEAN H. AUGES, D5900838
DECLARANT AND COMPLAINANT

(7.)

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES)