# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN H. AVILES,<br>     Plaintiff,<br><br>         v.<br><br>DAVID CABRERA, et al.,<br>     Defendants. | CV 21-1416 DSF (SKx)<br><br>JUDGMENT |

    The Court having granted a motion to dismiss,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 24, 2021

                                       Dale S. Fischer
                                       United States District Judge